IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALAINA LEE                                                                                              PLAINTIFF

v.                           Case No. 4:10-cv-1369-DPM

ERIC ANDREWS; STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY; STATE FARM LIFE
INSURANCE COMPANY; STATE
FARM FIRE & CASUALTY COMPANY;
and STATE FARM GENERAL
INSURANCE COMPANY                                                                    DEFENDANTS

ORDER

Lee's unopposed motion for voluntary dismissal, *Document No. 66*, is granted. FED. R. CIV. P. 41(a)(2). Her complaint is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 August 2011