IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALAINA LEE                                                                                    PLAINTIFF

v.                            Case No. 4:10-cv-1369-DPM

ERIC ANDREWS; STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY; STATE FARM LIFE
INSURANCE COMPANY; STATE
FARM FIRE & CASUALTY COMPANY;
and STATE FARM GENERAL
INSURANCE COMPANY                                                                DEFENDANTS

JUDGMENT

Alaina Lee's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_4 August 2011_